IN THE UNITED STATES DISTRICT COURT
FOR THE WESTREN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| DAVID CAPTAIN, | ) | |
| Plaintiff, | ) | Case No. 2:26-cv-01010 |
| v. | ) | |
| CHASE BANK, | ) | |
| Defendant. | ) | |

## **NOTICE OR REMOVAL**

Defendant JPMorgan Chase Bank, N.A., ("JPMorgan") by and through its counsel, Dentons Cohen & Grigsby, P.C., hereby removes the above-referenced action, *David Captain v. Chase Bank*, from the Court of Common Pleas of Allegheny County, Pennsylvania, to the United States District Court for the Western District of Pennsylvania.  In support of this Notice of Removal, Defendant states as follows:

1.      On or around April 14, 2026, Plaintiff David Captain filed a Complaint and styled *David Captain v. JPMorgan Chase Bank, N.A.*, No. GD-26-003942, in the Court of Common Pleas of Allegheny County, Pennsylvania (the "Action").  A copy of the Complaint is attached as **Exhibit 1.**

2.      On or around April 16, 2026, Defendant received a copy of the Complaint.

3. Plaintiff seeks $200,000 against Defendant in connection with an alleged hold that was placed on his Checking Account after he deposited a check. (Compl. at 11, 13).[1]

4. The Action is removable pursuant to 28 U.S.C. §§ 1332 and 1441 because the citizenship of the parties are citizens of different states under 28 U.S.C. § 1332(a), and the amount in controversy exceeds $75,000, exclusive of interests and costs.

5. Pursuant to 28 U.S.C. § 1348, a national bank is a citizen of the state in which its main office, as set forth in its articles of association, is located. *See Wachovia Bank, N.A. v. Schmidt*, 126 S. Ct. 941 (2006). JPMorgan is a national association with its main office, as designated by its articles of association, in Columbus, Ohio. Accordingly, at all relevant times, JPMorgan has been a citizen of Ohio.

6. Plaintiff is a citizen of the Commonwealth of Pennsylvania. (Compl. at 7).

7. Plaintiff seeks $200,000 in damages. (Compl. at 11).

8. Based on Plainitff's allegations, the amount in controversy exceeds the Court's $75,000 jurisdictional minimum, exclusive of interest and costs. *See* 28 U.S.C. § 1332(a).

9. While JPMorgan relies on Plaintiff's allegations in the Complaint for the purpose of determining the amount in controversy, JPMorgan reserves the right to challenge Plaintiff's assertions and deny that Plaintiff is entitled to any relief whatsoever in this Action.

10. Removal is proper to this Court pursuant to 28 U.S.C. § 1446(a) because The United States District Court for the Western District of Pennsylvania's jurisdiction includes Allegheny County, Pennsylvania, where Plaintiff's Complaint was filed.

---

[1] The Complaint does not contain page numbers. The page numbers refer to the page numbers that would apply if the pages were manually numbered.

11.     This notice of removal is timely filed pursuant to 28 U.S.C. § 1446(b), having been filed within thirty (30) days after receipt by Defendant of a copy of the initial pleading setting forth the claims for relief.[2]

12.     Written notice of the filing of this Notice of Removal is being given to Plaintiff. A copy of the docket sheet of the Court of Common Pleas of Allegheny County Pennsylvania as required by 28 U.S.C. §1446(d) is attached hereto as **Exhibit 2**.

13.     A copy of this Notice of Removal will be filed with the Prothonotary of the Court of Common Pleas, Allegheny County, Pennsylvania as provided by 28 U.S.C. §1446(d).

14.     Pursuant to 28 U.S.C. §1446(a), a true and correct copy of all processes, pleadings, and Orders served upon Defendant in this Action are attached to this notice as **Exhibit 3**.

WHEREFORE, Defendant gives notice that the Action, initially filed in the Court of Common Pleas of Allegheny County, Pennsylvania (No. GD-26-003942), is removed therefrom to this Court.

Respectfully submitted,

 /s/ Emily B. Thomas
Emily B. Thomas
Pa. ID No. 203454

Dylan J. Isenberg
Pa ID No. 333996

DENTONS COHEN & GRIGSBY, P.C.
Firm No. 621
625 Liberty Avenue

---

[2] The thirtieth day after service was Saturday, May 16, 2026. Pursuant to Fed. R. Civ. P. 6, this Notice of Removal is timely, as it was filed on Monday, May 18, 2026.

Pittsburgh, PA 15222-3152
(412) 297-4900
E-mail:  emily.b.thomas@dentons.com
            dylan.isenberg@dentons.com

*Counsel for Defendant,  JPMorgan Chase Bank, N.A., improperly named as "Chase Bank"*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 18th day of May, 2026, I electronically filed the foregoing Notice of Removal with the Clerk of Court using the CM/ECF system and have provided notice of such filing to Plaintiff via electronic and US Mail to the following:

David Captain
117 Sycamore Drive
Penn Hills, PA  15235
Wandawilson2382@gmail.com
*Pro Se Plaintiff*


*/s/ Emily B. Thomas*