# EXHIBIT 1

NOTICE OF SUIT TO SHERIFF OF ALLEGHENY CO.

You are hereby notified that on 04/14/2026
a COMPLAINT has been file. in this case
and you are required to serve the same on or before the
05/14/2026

Michael McGeever, Director
Department of Court Records

ANDREW JUSTUS LABBY
1:58 P.M.
301 GRANT ST
SUITE #103
PITTSBURGH PA,
15219

## COMPLAINT IN CIVIL ACTION

### IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

Plaintiff(s)

**Captain, David**

Case Number:
**GD-26-003942**

Type of pleading:
**Complaint**

Filed on behalf of:
**Captain David**

**Self-Represented**

(Name of filing party)

VS

Defendant(s)

**Chase Bank,**

☐    Counsel of Record

☒    Individual, If Pro Se

Name, Address and Telephone Number:
**Captain David**

**117 Sycamore Drive**

**Pittsburgh, PA, 15235**

Attorney's State ID: **PROSE**



**Michael McGeever, Director**

**Department of Court Records**

T114750
14 April 2026
9:44:4
GD-26-003942

# IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
## CIVIL DIVISION

### COVER SHEET

| Plaintiff(s)        Vs | |
|---|---|
| DAVID CAPTAIN | **GD-26-003942** |
| | Case Number: |
| | Type of pleading: |
| | Compliant |
| Vs. | Filed on behalf of |
| | DAVID CAPTAIN |
| Defendant(s) | (Name of the filing party) |
| Chase Bank | ☐ Counsel of Record |
| | ☑ Individual, If Pro Se |
| | Address, Telephone Number, and Email Address: |
| | 114 Sycamore DR Penn hills, PA 15235 412-594-3962 wandawilson238@Gmail.com |
| | Attorney's State ID |
| | Attorney's Firm ID |

2026 APR 14 AM 9:43
CIVIL FAMILY DIVISION
ALLEGHENY COUNTY PA

N THE COURT OF COMMON PLEASE OF ALLEGHENY COUNTY, PENNSYLVANIA

CIVIL DIVISION

Plaintiff(s): David Captain          No. GD-26-3942

v.

Defendant(s): Chase Bank

## NOTICE TO DEFEND

**YOU HAVE BEEN SUED IN COURT. If you wish to defend against the claims set forth in the following pages, you must take action within TWENTY (20) days after this complaint and notice served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so, the case may proceed without you and a judgement may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.**

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.**

**IF YOU CAN AFFORD A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED OR NO FEE.**

**LAWYER REFERRAL SERVICE**
**The Allegheny County Bar Association**
**400 KOPPERS Building – 436 Seventh Avenue**
**Pittsburgh, Pennsylvania 15219**
**Telephone: (412) 261-5555**
**Email: LRS2acba.org**
**www.acbalrs.org**

Case 2:26-cv-01010    Document 1-2    Filed 05/18/26    Page 7 of 51

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

CIVIL DIVISION

David Captain

_____

Plaintiff(s)

vs.

Chase Bank

_____

Defendant(s)

No. GD-26-3942

## CIVIL COMPLAINT

AND NOW file(s) the Plaintiff(s) David Captain ,

In this Civil Complaint and seek(s) relief thereunder:

1. The Plaintiff(s)

☑ is/are individual(s) residing at: 114 Sycamore Dr Penn hills, pa 15235

☐ is/are an individual(s) doing business under the name: _____

_____ with an address or place of business at:

_____

2. The Defendant:

☐ is/are individual(s) residing at: _____ ,

☐ is/are individual(s) who holds himself/herself/themselves out as being in the business of Banking , doing business under the name JP Morgan Chase Bank, N.A. with and address or place of business at 3415 Vision Dr. Columbus, OH 43219

☐ is an entity incorporated under the laws of Pennsylvania engaged in the business of

_____, with an address or place of business at:

_____.

☐ is a foreign corporation engaged in the business of _____ ,

with an address or place of business at: _____.

3. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately (1,2,3...). Letter each exhibit separately (A,B,C...). Use as much space as you need.

See Attachment...

WHEREFORE, the plaintiff(s) respectfully request(s) that this Honorable Court award damages in the amount of $ 200,000 and costs, in addition to any such other relief as this court deems proper.

Respectfully submitted

Date 4-13-2026

David Captain

Plaintiff(s) ProSe

Address:

117 Sycamore Dr

Pittsburgh Pa 15235

Telephone: 412-596-3962

Email: wandawilson238@gmail.com

STATEMENT OF CLAIM

Claim 1. ADA (Failure to Provide Reasonable Accommodation, Failure of Effective Communication, Discriminatory Practices/Policies) 2. Regulation CC (Improper Hold on Cashier's Check, Failure to Provide Proper Notice, and Wrongful Account Closure Tied to Funds Hold) 3. Regulation Z (Failure to Properly Disclose Terms, Misleading or Incomplete APR Explanation, and Promotional Rate Issues).

On December 12, 2023, I walked into a chase bank located at 5401 Walnut St. Pittsburgh PA15232 and was greeted by Matthew Smallidge. We opened a business checking account for Tru Cap Solutions with a Dollar bank cashier's check of $10,000.00 (exhibit A) from personal account written out to the business. I had plans on leaving the money in my account due to the fact my investment company wanted to see I had a business account for 90 days as required for them to start investing in a project we had discussed for April 2024. When I went to a chase bank to make a deposit of $10,000 in March of 2024, I was informed that the account had been closed since December 21 and 22 , 2023, a few days after opening the account due verification of funds.(Exhibit B) I later went back to the branch on walnut to speak with the branch manager Shauna McNally. I was told chase bank had my funds on hold and I had to prove the funds came from dollar bank even though it was a cashier's check. I had to sit down with Amanda Davito from dollar bank to ask her to call Chase bank to help verify my fund for release. Once returning to Chase bank on Walnut March 13th after days of trying to satisfy verification with dollar bank for my funds to be released I received a cashier's check from branch Manager Shauna McNally. Which chase bank says they mailed to me. (Exhibit B, C, D and E) On March 29, 2024, I went to Chase Bank on 6100 Penn Ave Pittsburgh PA 15206 to open a new account with Joseph Barone with a 10,000 cashier's check (exhibit F). I called Joseph Barone sometime around July 12- 21 to speak with him about getting a Line of Credit. Business Relations Partner Jason White was in office and was added to the call to explain how business LOC works and that I wasn't eligible. Joseph Barone Said that I should apply for a business credit card instead. On July 26, 2024, I went to chase bank on 6100 Penn Ave Pittsburgh PA 15206 and met with Joseph Barone business representative who greeted me and with his assistance he helps me to his office because I'm blind. When applying for the credit card Joseph Barone only went over the rewards points each card offered I was approved for $29,000 credit card with 0% interest for the first year and after the promotion the interest goes to 16.99% to 24.99% variable.( Exhibit B,G,H, and I) On November 20th 2025 I called Chase Bank on Penn Ave to speak with Joseph Barone about my APR. I told Joe none of this was discussed with me when I opened the credit card. Joe said, "we are

told we don't have to disclose all terms and conditions". Over the next month's December, January, and February I have submitted complaints to CFPB, DOJ, AG, and the OCC on ADA violations. In Which Chase bank denied all allegations against them. (Exhibit B and I) On April 9th, 2026, I called customer service to set up an appointment with Joseph Barone at the East Liberty Branch. I stated with the representative I was blind as soon as I was greeted by the lady. As I was telling her I wanted to schedule an appointment she told me she cannot do it, and I would have to go online. I repeated I was blind again and was told on sorry I can help you. April 13th, 2026, 11:00am I walked into the Penn Ave branch with my assistant Kahlil El to speak to Joseph Barone and Robert Spin Branch Manager. MY assistant Kahlil Presented a copy of my Business Card Agreement Rates and Fees Table and Business Credit Card Rates and Fees for New Accounts. (Exhibit G and J) Joseph stated that he couldn't explain the dates on the documents he provided. Joseph also stated that he had no idea what the Business Card Agreement Rates and Fees Table for my credit card was. Kahlil mentioned terms and conditions with signature card for the date of card opening. Joseph said Chase Bank tells them they don't have to disclose terms and conditions they give to the customer to read. Kahlil said that an ADA and Reg z violation.



CUSTOMER COPY OF CASHIER'S CHECK
SAVE THIS RECEIPT FOR YOUR RECORDS.

01101274

12/12/2023

8-7438/2430
23

TRU CAP SOLUTIONS ************************************************$ ****10,000.00

DOLLAR BANK $10,000 dols 00 cts

**Dollar**Bank®
Since 1855

0908000318



**Executive Office (Mail Code OH4-7120)**
3415 Vision Drive
Columbus, OH 43219

**CHASE** 🔾

April 1, 2026

Tru Cap Solutions LLC
David V. Captain
117 Sycamore Dr.
Pittsburgh, PA 15235

**We researched your concerns about your experiences at the Chase branch**

Reference Number:    ECW251208-02620-R2

Dear David V. Captain:

We are responding to your concerns about your experiences at your East Liberty branch for your credit card account ending in 7467. We appreciate the opportunity to assist you. We thank you for your service to our country.

We previously responded to your concerns about the Annual Percentage Rate (APR) and provided you with a copy of your Cardmember Agreement. Although it confirmed your APR as a variable rate of 18.49% after your promotion, the account actually had a lower variable APR of 17.49% when your promotion ended in July 2025. This rate is still within the range indicated in the information provided to you at our branch, as you confirmed in your previous correspondence. It was also previously confirmed that although your promotional APR ended on July 27, 2025, we did not charge interest until September 26, 2025, which provided an additional month with no interest.

We previously spoke with you, and you advised us that you did not require any accommodations. Please be advised that appropriate accommodations are available upon request, and if needed, you can request reformatted documents to meet your needs.

If you would like to close your account, you may call the number on the back of your card. Please be advised that you will not be able to close your credit card until the account is brought current.

We are enclosing a copy of your Business Card Agreement, which states that your account will be in default if you do not pay at least the minimum payment when due. Because the information we send to credit reporting agencies must accurately reflect your account activity and status, we cannot comply with your request for an update.

We issued a reversal of one late charge for $40.00 and associated interest of $0.11, for a total of $40.11 as a courtesy. This adjustment can be viewed online and on your next billing statement. We are not able to waive any additional fees or interest at this time.

**We researched your concerns regarding your deposit accounts**
We appreciate you taking the time to tell us about our service. Your feedback helps us serve you better. Our goal is to provide you with exceptional service, and we are sorry if that was not your experience. Our records confirm that during your branch visit, the banker provided all required disclosures and verbally reviewed the documents with you and your family member. Reformatting documents is a standard accommodation available upon request, and we confirm there was no request for any accommodation during your visit.

We previously responded through the Consumer Financial Protection Bureau's portal on February 24, 2026. The check deposit for $10,000 required verification of maker issuance. We restricted and closed account ending in 8621 on December 22, 2023, and account ending in 8702 on December 21, 2023. The funds were placed on hold pending investigation. Please note that all deposits are subject to additional review as part of our standard procedures.

A cashier's check numbered 5021298456 for $10,000 was mailed to the address on file. Our records show that this check was presented on March 29, 2024.

We deny all allegations made against us and respectfully decline your request for compensation. Our service and decisions are consistent with our agreements and federal governing rules and regulations.

The closure decision is final, and no new account can be opened. The agreement between us states that either you or we may close your account at any time, for any reason or no reason, without prior notice. You were provided a copy of the agreement when you opened the account. We have enclosed a copy of the current Deposit Account Agreement for your review. You can also see the current agreement on chase.com. The agreement also states we may remove funds from your account to hold them pending investigation.

We take complaints that claim discrimination seriously. We do not tolerate any form of discrimination as it is strictly against our policy and contrary to our corporate culture.

If you have questions about this issue, please call Greg at 1-877-805-8049, extension 1050060152. If you have other questions, please call us at the number below. We accept operator relay calls. We're available Monday through Friday from 8 a.m. to 9 p.m. and Saturday from 9 a.m. to 6 p.m. Eastern Time.

Sincerely,

Card Executive Office
1-877-805-8049
212-270-9300 International Executive Office
614-776-7050 International Customer Service
1-847-787-5509 Fax; it's free from any Chase branch
executive.office@chase.com
chase.com

cc:    Consumer Financial Protection Bureau, Complaint ID 260224-29236672

Enclosure

Esta comunicación contiene información importante acerca de la cuenta. Si tiene alguna pregunta o necesita ayuda para traducirla, comuníquese con nosotros llamando al 1-877-805-8049, de lunes a viernes de 8 a.m. a 9 p.m. y sábados de 9 a.m. a 6 p.m., hora del Este.

ID 5Wik9wmX2I
ECD05



# CHASE ⬭

**Update: Here's a check for the funds that were in your Chase account(s)**

Dear TRU CAP SOLUTIONS LLC:

We closed your account(s) and attached a check for the remaining balance(s).
We included any interest you earned up to the date of closing.

If you have questions, please call us at 1-877-691-8086.
We're here to help Monday through Sunday from 7 a.m. to 1 a.m. Eastern Time. We accept operator relay calls.

Sincerely,

Account Services

Esta carta contiene información importante de la cuenta.
Si tiene alguna pregunta o necesita ayuda para traducirla, por favor llame al 1-877-312-4273.

JPMorgan Chase Bank, N.A. Member FDIC

| | |
|---|---|
| NO. | 5021298456 |
| CASHIER'S CHECK | |
| ★ DATE | 3/13/2024 |

*teller # printed?*

# CHASE ⬭

| | |
|---|---|
| NO. | 5021298456 |
| CASHIER'S CHECK | |
| DATE | 3/13/2024 |

*3-29·24*

TO:  TRU CAP SOLUTIONS LLC,
117 SYCAMORE DRIVE
PITTSBURGH, PA 15235

*Not address on account!!!*

**NOT NEGOTIABLE**
## CUSTOMER RECEIPT

AMOUNT **$10,000.00**

 

Form **8822-B**
(Rev. December 2019)
Department of the Treasury
Internal Revenue Service

## Change of Address or Responsible Party — Business

▶ Please type or print.
▶ See instructions on back.  ▶ Do not attach this form to your return.
▶ Go to *www.irs.gov/Form8822B* for the latest information.

OMB No. 1545-1163

**Before you begin:** If you are also changing your home address, use Form 8822 to report that change.

If you are a tax-exempt organization (see instructions), check here ☐

Check all boxes this change affects.

1 ☐ Employment, excise, income, and other business returns (Forms 720, 940, 941, 990, 1041, 1065, 1120, etc.)

2 ☐ Employee plan returns (Forms 5500, 5500-EZ, etc.)

3 ☑ Business location

| 4a  Business name | 4b  Employer identification number |
|---|---|
| Tru Cap Solutions LLC | ▉▉▉▉▉▉ |

5  Old mailing address (no., street, room or suite no., city or town, state, and ZIP code). If a P.O. box, see instructions. If foreign address, also complete spaces below, see instructions.

301 Grant St.  suite 270 Pittsburgh, pa 15219

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|
| | | |

6  New mailing address (no., street, room or suite no., city or town, state, and ZIP code). If a P.O. box, see instructions. If foreign address, also complete spaces below, see instructions.

117 Sycamore Dr. Pittsburgh, Pa 15235

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|
| | | |

7  New business location (no., street, room or suite no., city or town, state, and ZIP code). If a foreign address, also complete spaces below, see instructions.

117 Sycamore Dr. Pittsburgh, Pa 15235

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|
| | | |

8  New responsible party's name

9  New responsible party's SSN, ITIN, or EIN. (CAUTION: YOU MUST REFER TO THE INSTRUCTIONS FOR FORM SS-4 TO SEE WHO MAY USE AN EIN.)

10  Signature. Under penalties of perjury, I declare that I have examined this application, and to the best of my knowledge and belief, it is true, correct, and complete.

Daytime telephone number of person to contact (optional) ▶ *(412) 596-3962*

**Sign Here** ▶ *David C___*
Signature of owner, officer, or representative

*Owner*
Title

Date  *12/27/25*

### Where To File

Send this form to the address shown here that applies to you.

| IF your old business address was in . . . | THEN use this address . . . |
|---|---|
| Connecticut, Delaware, District of Columbia, Georgia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Vermont, Virginia, West Virginia, Wisconsin | Internal Revenue Service Kansas City, MO 64999 |
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Texas, Utah, Washington, Wyoming, any place outside the United States | Internal Revenue Service Ogden, UT 84201-0023 |

For Privacy Act and Paperwork Reduction Act Notice, see back of form.    Cat. No. 57465H    Form **8822-B** (Rev. 12-2019)

  

# BUSINESS DEPOSITORY CERTIFICATE (Limited Liability Company)    CHASE ○

____X___ NEW _____ CHANGE

| | |
|---|---|
| ACCOUNT NO.<br>████ | BANK NAME/NUMBER<br>JPMorgan Chase Bank, N.A. ( 034 ) |
| ACCOUNT TITLE (DBA(s) on the following page(s) if applicable)<br>TRU CAP SOLUTIONS LLC | BRANCH NAME AND NO.<br>Walnut and S Aiken - 329007 |
| | DATE<br>12/12/2023 |
| BUSINESS ADDRESS<br>500 GRANT STREET STE 2900 | PREPARED BY<br>MATTHEW SMALLIDGE |
| | PHONE NO.<br>(412) 995-2519 |
| PITTSBURGH, PA 15219 | |
| TAXPAYER ID NO.<br>████ | PRODUCT TYPE<br>Chase Business Total Savings |

Legal Name of Organization: TRU CAP SOLUTIONS LLC                                                                (the "Organization")

State of Organization: PA

Type of Organization (check one):
[X] Limited liability company managed by its members
[ ] Limited liability company managed by one or more managers

The individuals signing this Certificate certify to JPMorgan Chase Bank, N.A. (the "Bank") as follows:
- the Organization is a limited liability company, duly organized under the laws of the state of organization listed above;
- the individuals signing this Certificate are, or are authorized representatives of, all of the members (if managed by its members) ("Members") or managers (if managed by managers) ("Managers") of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**
Any of the people listed below ("Authorized Persons"), acting alone, may:
- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements & other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**
Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
|---|---|---|
| TRAYMAL ERIC DURANT | Member | |
| DAVID V CAPTAIN | Member | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**SIGNER(S) TO BE ADDED LATER**

**Facsimile Signature Authorization**
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**
*Each Member or Manager, as applicable, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.*
FOR THE PRECEDING PURPOSES, each of the undersigned has signed his/her name(s) on the date indicated above.
Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

***CERTIFICATION***
*Name (as shown on your income tax return)*      TRU CAP SOLUTIONS LLC

*Taxpayer Identification Number*                   ████

*The undersigned certifies under penalties of perjury that (1) the number shown above is my correct Taxpayer Identification Number, and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.*

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

M1207-04-CS  08/23)                       JPMorgan Chase Bank, N.A. Member FDIC                          Page 1 of 2



282111101 8/2023 881D004158

## CASHIER'S CHECK

CHASE

JPMorgan Chase Bank, N.A.
Phoenix, AZ

No. 5021298456

Event Nbr: 7854080

91-241221

Void if over $10,000.00

AMOUNT
**$10,000.00**

Pay
Exactly

Ten Thousand Dollars and Zero Cents

PAY TO THE
ORDER OF

TRU CAP SOLUTIONS LLC
117 SYCAMORE DRIVE
PITTSBURGH, PA 15235

Date
**3/13/2024**
Void after one year

⑈5021298456⑈ ⑆1221000024⑆

75866 1813⑈

0021922716

CREDITED TO ACCOUNT OF
WITHIN NAMED PAYEE
FOR DEPOSIT ONLY
JPMorgan Chase Bank, N.A.



# BUSINESS CARD AGREEMENT RATES AND FEES TABLE

## INTEREST RATES AND INTEREST CHARGES

| | |
|---|---|
| Purchase Annual Percentage Rate (APR) | **0%** fixed Intro APRa for the first 12 months that your Account is open. After that, **18.49%**. This APR will vary with the market based on the Prime Rate.b |
| My Chase LoanSM APR | 18.49%. This APR will vary with the market based on the Prime Rate.b Promotional offers with fixed APRs and varying durations may be available from time to time on some accounts. |
| Balance Transfer APR | 18.49%. This APR will vary with the market based on the Prime Rate.b |
| Cash Advance APR | 29.99%. This APR will vary with the market based on the Prime Rate.c |
| Default APR and When It Applies | Up to **29.99%**. This APR will vary with the market based on the Prime Rate.d<br><br>We may apply the Default APR to your account if you:<br>• fail to make a Minimum Payment by the date and time that it is due; or<br>• make a payment to us that is returned unpaid.<br>**How Long Will the Default APR Apply:** If an APR is increased for any of these reasons, the Default APR may apply indefinitely to all outstanding balances and future transactions on your Account. |
| Grace Period | Your due date will be a minimum of 20 days after the close of each billing cycle. We will not charge you interest on new purchases if you pay your entire balance or Interest Saving Balance by the due date each month. We will begin charging interest on balance transfers and cash advances on the transaction date. |
| Minimum Interest Charge | None |

## FEES

| | |
|---|---|
| Annual Membership Fee | None |
| Chase Pay Over TimeSM Fee (formerly My Chase Plan® Fee; a fixed finance charge) | Monthly fee of 0% of the amount of each eligible purchase transaction or amount selected to create a Chase Pay Over Time plan while in the 0% Intro Purchase APR period.<br>After that, monthly fee of up to **1.72%** of the amount of each eligible purchase transaction or amount you select to pay over time with no interest, just a fixed monthly fee.<br>Promotional offers with lower monthly Chase Pay Over Time fees may be available from time to time on some accounts.<br>The monthly Chase Pay Over Time fee will be determined each time a fee-based plan is created and will remain the same until the plan balance is paid in full.e |
| **Transaction Fees** | |
| Balance Transfers | Either **$5** or **5%** of the amount of each transfer, whichever is greater. |
| Cash Advances | Either **$15** or **5%** of the amount of each transaction, whichever is greater. |
| Foreign Transactions | **3%** of the amount of each transaction in U.S. dollars. |
| **Penalty Fees** | |
| Late Payment | **$40** |
| Return Payment | **$40** |
| Return Check | None |

**Note:** This account may not be eligible for balance transfers.

**Loss of Intro APR:** We will end your Introductory APR if you fail to make any required Minimum Payment by the date and time due and the Default APR will take effect.

**How We Will Calculate Your Balance:** We use the daily balance method (including new transactions). See Interest Charges section in this Agreement for more details.

**Minimum Payment:** We will calculate the minimum payment as: (1) any past-due amounts; PLUS (2) any special payment obligations in connection with Flexible Financing Offers which require repayment of the balance over a pre-selected number of billing periods; PLUS (3) the larger of: (a) $40 (or total amount you owe if less than $40); or (b) the sum of: (i) 1% of the new balance (excluding any Flexible Financing Offer balances which require special payment obligations to ensure repayment of the balance over a pre-selected number of billing periods), PLUS (ii) any periodic interest charges and late fees we have billed you on the statement for which your minimum payment is calculated.

Prime Rate: Variable APRs are based on the 8.50% Prime Rate as of December 20, 2023. *— printed from time of opening*

a The daily periodic rate for your Purchase Intro APR is 0%.

b We add 9.99% to the Prime Rate to determine the Purchase/My Chase Loan/Balance Transfer APR (daily periodic rate currently 0.05066%). Maximum APR 29.99% (daily periodic rate 0.08217%).

c We add 21.74% to the Prime Rate to determine the Cash Advance APR (daily periodic rate currently 0.08217%). Maximum APR 29.99% (daily periodic rate 0.08217%).

d We add up to 26.99% to the Prime Rate to determine the Default APR. Maximum APR 29.99% (daily periodic rate 0.08217%).

e Chase Pay Over Time Fee. The Chase Pay Over Time Fee (formerly called the My Chase Plan Fee) is calculated at the time each plan is created, and is based on the amount of each purchase transaction or account balance selected to create the plan, the number of billing periods over which you choose to pay the balance in full, and other factors. The monthly and aggregate dollar amount of your Chase Pay Over Time Fee will be disclosed during the activation of each plan. Chase Pay Over Time plan balances that have a Chase Pay Over Time Fee will not be subject to interest after plan activation.

**Remainder of Agreement.** See additional portions of this agreement for further detail about the information in the above table, and other important information about your account.



CMA73341



 Manage your account online at: www.chase.com/cardhelp

 Customer Service: 1-800-945-2028

Mobile: Download the Chase Mobile® app today

| December 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 30 | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |

**New Balance**
$25,479.63
Minimum Payment Due
$666.00
Payment Due Date
12/20/25

## CHASE ULTIMATE REWARDS® SUMMARY

| | |
|---|---|
| Previous points balance | 3,106 |
| + 1.5% (1.5 Pts)/$1 earned on all purchases | 0 |

**Total points available for redemption** 3,106

Redeem for cash back- any amount, anytime. Log on to chase.com/ultimaterewards to explore all your reward options.

You earn unlimited 1.5% cash back on all purchases- it's automatic! Redeem for cash with no minimum, and your Cash Back rewards do not expire as long as your account is open.

**Late Payment Warning:** If we do not receive your minimum payment by the due date, you may have to pay a late fee, and existing and new balances may become subject to the Default APR.

**Minimum Payment Warning:** Enroll in Auto-Pay and avoid missing a payment. To enroll, go to www.chase.com

## ACCOUNT SUMMARY

Account Number: XXXX XXXX XXXX 7467

| | |
|---|---|
| Previous Balance | $25,692.89 |
| Payment, Credits | -$625.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | +$40.00 |
| Interest Charged | +$371.74 |
| New Balance | $25,479.63 |
| Opening/Closing Date | 10/27/25 - 11/26/25 |
| Revolving Credit Amount | $29,000 |
| Available Credit | $3,520 |
| Cash Access Line | $1,450 |
| Available for Cash | $1,450 |
| Past Due Amount | $0.00 |
| Balance over the Credit Access Line | $0.00 |

## YOUR ACCOUNT MESSAGES

Reminder: To the extent they are accepted, purchases of cryptocurrency and other similar digital or virtual currency are treated as a cash advance with a cash advance fee and an annual percentage rate (APR) that may be higher than your purchase APR.

0000001  FIS33339 C 1
0516

Y  9  26  25/11/26

Page 1 of 2

00225  MA DA  11397

3301000001000139701

7467000666000254796300000000002

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

Make your payment at chase.com/paycard

| | |
|---|---|
| **Payment Due Date:** | 12/20/25 |
| **New Balance:** | $25,479.63 |
| **Minimum Payment Due:** | $666.00 |

Account number: XXXX XXXX XXXX 7467

$_____  Amount Enclosed
Make/Mail to Chase Card Services at the address below:

11397 BEX 0 33025 C
DAVID V CAPTAIN
TRU CAP SOLUTIONS LLC
301 GRANT ST STE 270
PITTSBURGH PA 15219-1408

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

7467 9



Thank you for expressing your concerns to the Consumer Financial Protection Bureau. We appreciate you allowing us the opportunity to research this matter. We completed our review, and the details of our response are below. • We appreciate you taking the time to tell us about our service. Your feedback helps us serve you better. Our goal is to provide you with exceptional service, and we are sorry if we fell short this time. • Our research confirms that when you visited our East Liberty branch, the disclosures were provided to you and the original documents were printed at the time you opened your credit card account. We apologize for any inconvenience this matter may have caused. • We have enclosed a copy of your Business Card Agreement, while it confirms your Annual Percentage Rate (APR) of 18.49% after your promotion, the account actually had a lower APR of 17.49%(v) when your promotion ended in July 2025, which is still within the range of what was indicated on the information provided to you at our branch as you confirm in your correspondence. This APR will vary with the market based on the Prime Rate. • We also confirmed that while your promotional APR expired on July 27, 2025, we did not actually charge the account interest until your September 26, 2025, billing cycle, which gave the account one additional month without interest. • Moreover, we confirmed that the per diem was calculated correctly based on the balance on the account and the billing cycle that was 31 days for your September 26, 2025, statement. You can reference the "Interest Charges" section of the enclosed Business Card Agreement and your enclosed statements for details on how we perform this calculation and the disclosure of the specific interest rate being applied to your account each month. • Your minimum payment increased as we calculate your minimum payment as the larger of 1) $40 (or total amount you owe if less than $40.00); or 2) the sum of 1.00% of the new balance (including Flexible Financing Offer balances without special payment), interest charges, and late fees billed on that statement. You can reference the "Minimum Payment" section of the enclosed Business Card Agreement. • At this time, we have not received any requests to make Accessibility changes on the account. Please be advised that appropriate accommodations are available upon request, and if needed, you can request reformatted documents to meet your needs. • We respectfully deny any allegations that we have violated any securities laws or regulations.

## BUSINESS CARD AGREEMENT RATES AND FEES TABLE

### INTEREST RATES AND INTEREST CHARGES

| | |
|---|---|
| Purchase Annual Percentage Rate (APR) | **0%** fixed Intro APRª for the first 12 months that your Account is open.<br><br>After that, **18.49%**. This APR will vary with the market based on the Prime Rate.ᵇ |
| My Chase Loanˢᴹ APR | **18.49%**. This APR will vary with the market based on the Prime Rate.ᵇ<br>Promotional offers with fixed APRs and varying durations may be available from time to time on some accounts. |
| Balance Transfer APR | **18.49%**. This APR will vary with the market based on the Prime Rate.ᵇ |
| Cash Advance APR | **29.99%**. This APR will vary with the market based on the Prime Rate.ᶜ |
| Default APR and When It Applies | Up to **29.99%**. This APR will vary with the market based on the Prime Rate.ᵈ<br><br>We may apply the Default APR to your account if you:<br>• fail to make a Minimum Payment by the date and time that it is due; or<br>• make a payment to us that is returned unpaid.<br>**How Long Will the Default APR Apply:** If an APR is increased for any of these reasons, the Default APR may apply indefinitely to all outstanding balances and future transactions on your Account. |
| Grace Period | Your due date will be a minimum of 20 days after the close of each billing cycle. We will not charge you interest on new purchases if you pay your entire balance or Interest Saving Balance by the due date each month. We will begin charging interest on balance transfers and cash advances on the transaction date. |
| Minimum Interest Charge | None |

### FEES

| | |
|---|---|
| Annual Membership Fee | None |
| Chase Pay Over Timeˢᴹ Fee (formerly My Chase Plan® Fee; a fixed finance charge) | Monthly fee of 0% of the amount of each eligible purchase transaction or amount selected to create a Chase Pay Over Time plan while in the 0% Intro Purchase APR period.<br>After that, monthly fee of up to **1.72%** of the amount of each eligible purchase transaction or amount you select to pay over time with no interest, just a fixed monthly fee.<br>Promotional offers with lower monthly Chase Pay Over Time fees may be available from time to time on some accounts.<br>The monthly Chase Pay Over Time fee will be determined each time a fee-based plan is created and will remain the same until the plan balance is paid in full.ᵉ |
| **Transaction Fees** | |
| Balance Transfers | Either **$5** or **5%** of the amount of each transfer, whichever is greater. |
| Cash Advances | Either **$15** or **5%** of the amount of each transaction, whichever is greater. |
| Foreign Transactions | **3%** of the amount of each transaction in U.S. dollars. |
| **Penalty Fees** | |
| Late Payment | $40 |
| Return Payment | $40 |
| Return Check | None |

**Note:** This account may not be eligible for balance transfers.

**Loss of Intro APR:** We will end your Introductory APR if you fail to make any required Minimum Payment by the date and time due and the Default APR will take effect.

**How We Will Calculate Your Balance:** We use the daily balance method (including new transactions). See Interest Charges section in this Agreement for more details.

**Minimum Payment:** We will calculate the minimum payment as: (1) any past-due amounts; PLUS (2) any special payment obligations in connection with Flexible Financing Offers which require repayment of the balance over a pre-selected number of billing periods; PLUS (3) the larger of: (a) $40 (or total amount you owe if less than $40); or (b) the sum of: (i) 1% of the new balance (excluding any Flexible Financing Offer balances which require special payment obligations to ensure repayment of the balance over a pre-selected number of billing periods), PLUS (ii) any periodic interest charges and late fees we have billed you on the statement for which your minimum payment is calculated.

**Prime Rate:** Variable APRs are based on the 8.50% Prime Rate as of December 20, 2023.

ª The daily periodic rate for your Purchase Intro APR is 0%.

ᵇ We add 9.99% to the Prime Rate to determine the Purchase/My Chase Loan/Balance Transfer APR (daily periodic rate currently 0.05066%). Maximum APR 29.99% (daily periodic rate 0.08217%).

ᶜ We add 21.74% to the Prime Rate to determine the Cash Advance APR (daily periodic rate currently 0.08217%). Maximum APR 29.99% (daily periodic rate 0.08217%).

ᵈ We add up to 26.99% to the Prime Rate to determine the Default APR. Maximum APR 29.99% (daily periodic rate 0.08217%).

ᵉ Chase Pay Over Time Fee. The Chase Pay Over Time Fee (formerly called the My Chase Plan Fee) is calculated at the time each plan is created, and is based on the amount of each purchase transaction or account balance selected to create the plan, the number of billing periods over which you choose to pay the balance in full, and other factors. The monthly and aggregate dollar amount of your Chase Pay Over Time Fee will be disclosed during the activation of each plan. Chase Pay Over Time plan balances that have a Chase Pay Over Time Fee will not be subject to interest after plan activation.

**Remainder of Agreement.** See additional portions of this agreement for further detail about the information in the above table, and other important information about your account.

CMA73341



 Manage your account online at:
www.chase.com/cardhelp

 Customer Service:
1-800-945-2028

 Mobile: Download the
Chase Mobile® app today

## YOUR ACCOUNT MESSAGES (CONTINUED)

Starting October 26th, 2025, the Chase DiningSM storefront in Ultimate Rewards will be decommissioned and Chase cardmembers will no longer be able to redeem points towards pre-paid restaurant reservations. Chase cardmembers will still be able to redeem for cash back, travel and more through Ultimate Rewards.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| | | -25.00 |
| 11/21 | Payment Thank You - ATM Cash | -200.00 |
| 11/21 | Payment Thank You - ATM Cash | -400.00 |
| 11/21 | Payment Thank You - ATM Cash | 40.00 |
| 11/20 | LATE FEE | 371.74 |
| 11/26 | PURCHASE INTEREST CHARGE | |
| | DAVID V CAPTAIN | |
| | TRANSACTIONS THIS CYCLE (CARD 7467) $213.26- | |
| | INCLUDING PAYMENTS RECEIVED | |

| 2025 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $80.00 |
| Total interest charged in 2025 | $1,120.10 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 16.99%(v)(d) | $25,761.00 | $371.74 |
| **CASH ADVANCES** | | | |
| Cash Advances | 28.74%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS / MY CHASE LOAN** | | | |
| Balance Transfers | 16.99%(v)(d) | - 0 - | - 0 - |
| My Chase Loan | 16.99%(v)(d) | - 0 - | - 0 - |

31 Days in Billing Period

(v) = Variable Rate
(d) = Daily Balance Method (Including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information. as applicable.

DAVID V CAPTAIN
0000001  FIS33339 C 1

Y  9  26  25/11/26

Page 2 of 2
Page 2 of 2

00225   MA DA  11397   33010000010001139702

Statement Date:   11/26/25

## To contact us regarding your account:

**Call Customer Service:**
In U.S.            1-800-945-2028
Spanish          1-888-795-0574
Pay by phone 1-800-436-7958
International   1-480-350-7099
We accept operator relay calls

**?**
Send Inquiries to:
P.O. Box 15298
Wilmington. DE 19850-5298


Mail Payments to:
P.O. Box 1423
Charlotte. NC 28201-1423


Visit Our Website:
www.chase.com/cardhelp

### Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system. this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to

close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest Rate:**
Daily Interest Rates and Annual Percentage Rates may be found on the Rates and Fees Table. Periodic Interest Charge Calculation - Daily balance method (including new transactions): We calculate a daily balance for each type of transaction and use the daily balances to determine your interest charges. We figure the "daily balance" for each transaction type as follows:

- We take the beginning balance for each day and add any interest charge from the prior day (known as compounding of interest) and any new transactions or other debits (including Annual Membership Fees, transaction fees, Penalty Fees, any other fees and unpaid interest charges).
- We subtract payments or credits and treat any net credit balance as a zero balance.

The result is the daily balance for each type of transaction. We figure the interest charges on your account as follows:

- To get the daily interest rate for each type of transaction we divide the APR by 365. We may combine different transaction types that have the same daily interest rates.
- We multiply the daily interest rate by the daily balance for each transaction type for each day in the billing cycle.
- We add together the interest charges for each day in the billing cycle for each transaction type.
- If any interest charge is due, we will charge you at least the minimum interest charge shown on the Rates and Fees Table. We add transactions and fees to your daily balance no earlier than:
  - For new purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, or My Chase Loans - the date of the transaction.
  - For new cash advance checks or balance transfer checks - the date the payee deposits the check.
  - Fees - either on the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose.

The Balances Subject to Interest Rate for each type of transaction shown on your billing statement is the sum of the daily balances for that type of transaction divided by the number of days in the billing cycle. We may use mathematical formulas that produce equivalent results to calculate the Balance Subject to Interest Rate. Interest charges and related amounts. Credit Limit: If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

DA04012024

To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

# Business Credit Card Rates and Fees for New Accounts

Printed On
December 12, 2023

 CHASE ○
for BUSINESS



### NEW! CHASE INK BUSINESS PREMIER℠1

- **The Pay in Full card with spend potential to meet your business needs and Flex for Business if you need a little more flexibility**
- **Unlimited 2% cash back on every purchase**
- **Unlimited 2.5% cash back** on purchases of $5,000 or more
- **Unlimited 5% cash back** on travel purchased through Chase Ultimate Rewards®



### CHASE INK BUSINESS PREFERRED®1

- **3 Points per $1 on the first $150,000** spent in combined purchases each account anniversary year on:
  - **Travel**
  - **Shipping purchases**
  - **Select advertising purchases**
  - **Internet, cable and phone services**
- **Unlimited 1 Point per $1 on all other purchases**



### CHASE INK BUSINESS CASH®1

- **5% Cash Back on the first $25,000** spent in combined purchases each account anniversary year at:
  - **Office supply stores**
  - **Internet, cable and phone services**
- **2% Cash Back on the first $25,000** spent in combined purchases each account anniversary year at:
  - **Gas stations and restaurants**
- **Unlimited 1% Cash Back on all other purchases**



### CHASE INK BUSINESS UNLIMITED®1

- **Unlimited 1.5% Cash Back on every purchase**

| Benefits and tools of an Ink business card: | • Employee cards at no additional cost | • Rewards don't expire as long as your account is open | • Expense tracking such as purchase alerts and spending limits |
|---|---|---|---|

| | | | Also Available in Spanish | | |
|---|---|---|---|---|---|
| Below you'll find the **Annual Percentage Rates (APRs)** for Chase credit cards. APR is a measure of the cost of credit, expressed as a yearly rate. | | | Ink Business Cash and Ink Business Unlimited | Ink Business Preferred | Ink Business Premier |
| **Annual Fee** | | INTRODUCTORY | No Fee | N/A | N/A |
| | | AFTERWARD | No Fee | $95 | $195 |
| | | PER EMPLOYEE CARD | No Fee | No Fee | No Fee |
| **Annual Percentage Rate (APR)** | Purchases | INTRODUCTORY | 0% for the first 12 billing cycles | N/A | N/A |
| | | VARIABLE APR AFTERWARD | 18.49% to 24.49% | 21.24% to 26.24% | 19.49% to 27.49% (Flex for Business Only) |
| | Default | | Up to 29.99% | Up to 29.99% | N/A |
| | Cash Advances | VARIABLE APR | 29.99% | 29.99% | N/A |
| **Variable Rate Information** based on 08/01/2023 prime rate | | | 8.50% | 8.50% | 8.50% |
| **Minimum Interest Charges** | | | None | None | None |
| **Transaction Fees** | Balance Transfer Fee | INTRODUCTORY | N/A | N/A | N/A |
| | | TRANSACTION FEE | 5% | 5% | N/A |
| | | MINIMUM | $5 | $5 | N/A |
| | | MAXIMUM | None | None | N/A |
| | Cash Advance Fee | TRANSACTION FEE | 5% | 5% | 5% |
| | | MINIMUM | $15 | $15 | $15 |
| | | MAXIMUM | None | None | None |
| | Foreign Transaction Fee | | 3% of each transaction | None | None |

Accounts subject to credit approval. Restrictions and limitations apply. Chase credit cards are issued by JPMorgan Chase Bank, N.A. Member FDIC. Offer subject to change. Credit Card Rates & Fees for New Accounts—effective 08/01/2023.

1. See banker for details of the credit card program and to apply.
The Contactless Symbol and Contactless Indicator are trademarks owned by and used with the permission of EMVCo, LLC.
For the most up-to-date information, contact us.

© 2023 JPMorgan Chase & Co.

# CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: David Captain

Signature: _____

Name: David Captain

Attorney No. (if applicable): _____

## <u>VERIFICATION</u>

I verify that the statements made in this Complaint are true and correct to the best of

my knowledge, information and belief.  I understand that statements herein are made subject

to the penalties of 18 Pa.C.S. §4904, relating to unsworn statements to authorities.

Date: 4-13-2026

(signature)

Date: _____

(signature)

# Supreme Court of Pennsylvania
## Court of Common Pleas
### Civil Cover Sheet

_Alleghany_ County

| For Prothonotary Use Only: | |
|---|---|
| Docket No: | TIME STAMP |

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

**SECTION A**

**Commencement of Action:**
- ☑ Complaint
- ☐ Writ of Summons
- ☐ Transfer from Another Jurisdiction
- ☐ Petition
- ☐ Declaration of Taking

Lead Plaintiff's Name: David Captain

Lead Defendant's Name: Chase Bank

**Are money damages requested?** ☑ Yes  ☐ No

Dollar Amount Requested: (check one)
- ☐ within arbitration limits
- ☑ outside arbitration limits

**Is this a *Class Action Suit*?** ☐ Yes  ☑ No

**Is this an *MDJ Appeal*?** ☐ Yes  ☑ No

Name of Plaintiff/Appellant's Attorney: _____

☑ **Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)**

**SECTION B**

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE.** If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
- ☐ Intentional
- ☐ Malicious Prosecution
- ☐ Motor Vehicle
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability *(does not include mass tort)*
- ☐ Slander/Libel/ Defamation
- ☐ Other: _____

**MASS TORT**
- ☐ Asbestos
- ☐ Tobacco
- ☐ Toxic Tort - DES
- ☐ Toxic Tort - Implant
- ☐ Toxic Waste
- ☐ Other: _____

**PROFESSIONAL LIABLITY**
- ☐ Dental
- ☐ Legal
- ☐ Medical
- ☐ Other Professional: _____

**CONTRACT** *(do not include Judgments)*
- ☐ Buyer Plaintiff
- ☑ Debt Collection: Credit Card
- ☐ Debt Collection: Other
  _____
  _____
- ☐ Employment Dispute: Discrimination
- ☐ Employment Dispute: Other
  _____
  _____
- ☐ Other: _____

**REAL PROPERTY**
- ☐ Ejectment
- ☐ Eminent Domain/Condemnation
- ☐ Ground Rent
- ☐ Landlord/Tenant Dispute
- ☐ Mortgage Foreclosure: Residential
- ☐ Mortgage Foreclosure: Commercial
- ☐ Partition
- ☐ Quiet Title
- ☐ Other: _____

**CIVIL APPEALS**
Administrative Agencies
- ☐ Board of Assessment
- ☐ Board of Elections
- ☐ Dept. of Transportation
- ☐ Statutory Appeal: Other
  _____
  _____
- ☐ Zoning Board
- ☐ Other: _____

**MISCELLANEOUS**
- ☐ Common Law/Statutory Arbitration
- ☐ Declaratory Judgment
- ☐ Mandamus
- ☐ Non-Domestic Relations Restraining Order
- ☐ Quo Warranto
- ☐ Replevin
- ☐ Other: _____

*Updated 1/1/2011*